tory of American Freedom is in no small part a history of proper procedures."

With this opinion, the Court urges the petitioners to consider the consequences of their actions in the future. Further violations of court orders will undoubtedly result in further charges, which this court, when procedures are properly followed, is prepared to enforce.

The petitioners are discharged.

SIMON and PUDLOWSKI, JJ., concur.

Leslie D. Edwards, St. Louis, for defendant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

A suspended imposition of sentence is not a final judgment and is not appealable. The appeal is dismissed pursuant to Rule 30.25(b).

STATE of Missouri,
Plaintiff-Respondent,

v.

Ladelle STEPHENS,
Defendant-Appellant.

No. 47759.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 8, 1985.

Motion For Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 1985.

Application to Transfer Denied
April 2, 1985.

STATE of Missouri, Respondent,

v.

Richard W. DAVIS, Appellant.

No. WD 35439.

Missouri Court of Appeals,
Western District.

Jan. 8, 1985.

As Modified March 5, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 5, 1985.

Application to Transfer Denied
April 2, 1985.

